DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NICOLAS LOPEZ-SANTIAGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　*Plaintiff,*<br><br>　v.<br><br>NICOLAS LOPEZ-SANTIAGO,<br><br>　　　*Defendant.* | No. 1:10-cr-00503 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;<br>ORDER THEREON<br><br>Date : February 28, 2011<br>Time: 9:00 a.m.<br>Judge: Oliver W. Wanger |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SUSAN PHAN, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Nicolas Lopez-Santiago, that the date for status conference may be continued to February 28, 2011, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is February 7, 2011 at 9:00 a.m.  The requested new date is February 28, 2011 at 9:00 a.m.**

　　　The parties just received the fast track Presentence Investigation Report on February 2, 2011 and additional time is needed to conduct investigation and attempt to resolve the matter.

　　　The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, /// the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>Acting United States Attorney |
| DATED:  February 3, 2011 | /s/ Susan Phan<br>SUSAN PHAN<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: February 3, 2011 | /s/ Eric V. Kersten<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Nicolas Lopez-Santiago |

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   February 3, 2011**          **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE